*Charman v. SelectQuote Insurance Services*
*Case No.: 3:20-cv-00710-BEN-BLM*
*United States District Court, Southern District of California*

**CERTIFICATE OF SERVICE**

I, Emily Torromeo, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program, the following document(s):

- **JOINT NOTICE OF SETTLEMENT**

[X] ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on Friday, October 9, 2020, at San Diego, California.

_____
Emily Torromeo

---

**CERTIFICATE OF SERVICE**