1  Yana A. Hart, Esq. (SBN: 306499)
2  yana@kazlg.com
   **KAZEROUNI LAW GROUP, APC**
3  2221 Camino Del Rio South, Suite 101
4  San Diego, CA 92108
   Telephone: (619) 233-7770
5  Facsimile: (800) 520-5523

6
7  *Attorneys for Plaintiff,*
   Thane Charman

8
9
10
11            **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**

12 | Thane Charman, Individually and on behalf of others similarly situated, | CASE NO. 3:20-CV-00710-BEN-BLM
13 |
14 | Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**
15 | v. |
16 | SelectQuote Insurance Services, |
17 |
18 | Defendant. |
19

20      Plaintiff Thane Charman and Defendant SelectQuote Insurance Services ("the
21 Parties") hereby moves to dismiss the above-entitled action with prejudice as to the
22 named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R.
23 Civ. Procedure 41(a)(1)(ii), each party shall bear his/its own costs. The notice and
24 approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the
25 parties' settlement and dismissal of this Putative Class action because this action has
26 not been certified as a class.
27 //
28 //

WHEREFORE, the Parties respectfully request that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Date: January 5, 2021          **KAZEROUNI LAW GROUP, APC**

                               By: s/ Yana A. Hart
                                   Yana A. Hart, Esq.
                                   *Attorneys for Plaintiff*

Date: January 5, 2021          **SESSIONS, FISHMAN, NATHAN & ISRAEL**

                               By: s/ Bradley J. St. Angelo, Esq.
                                   Bradley J. St. Angelo, Esq.
                                   *Attorneys for Defendant*

### SIGNATURE CERTIFICATION & SERVICE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Bradley J. St. Angelo, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

I also certify that I served this document via ECF/CM system on the date below.

Date: January 5, 2021          **KAZEROUNI LAW GROUP, APC**

                               By: s/ Yana A. Hart
                                   Yana A. Hart, Esq.
                                   *Attorneys for Plaintiff*